

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-13-00164-CR

Jerry **VILLARREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5560
Honorable Dick Alcala, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED May 15, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice